NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KH 06-693 consolidated with KA 06-1039


STATE OF LOUISIANA

VERSUS

CAREY LOUIS HOOD


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 267,664
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Billy Howard Ezell, Judges.


AFFIRMED IN PART; AMENDED IN PART; AND REMANDED.


James C. Downs
District Attorney, Ninth Judicial District Court
701 Murray Street
Alexandria, LA 71301
(318) 473-6650
Counsel for Plaintiff Respondent:
State of Louisiana

**Loren Marc Lampert**
**Walker, Passman & Michiels**
**3800 Parliament Drive**
**Alexandria, LA 71315**
**(318) 449-1565**
**Counsel for Plaintiff/Respondent:**
**State of Louisiana**

**Carey Louis Hood**
**Camp "C"  Bear-3**
**Louisiana State Prison**
**Angola, La 70712**

**EZELL, JUDGE.**

For the reasons assigned this date in the consolidated matter bearing docket number 06-1039, the judgment of the trial court is affirmed in part; amended in part and remanded.

**AFFIRMED IN PART; AMENDED IN PART; AND REMANDED.**